886 A.2d 629

ALLIANCE FOR DISABLED IN ACTION, INC. (ADA), A NEW JERSEY NOT–FOR–PROFIT CORPORATION, ON ITS OWN BEHALF AND ON BEHALF OF THE CLASS, PLAINTIFF–RESPONDENT AND CROSS–APPELLANT, v. RENAISSANCE ENTERPRISES, INC., A NEW JERSEY CORPORATION AND RENAISSANCE TERRACE, INC., A NEW JERSEY CORPORATION, DEFENDANTS–APPELLANTS AND CROSS–RESPONDENTS, AND SALKIN GROUP, INC.; RENAISSANCE VILLAGE I, A CONDOMINIUM, A NEW JERSEY NOT–FOR–PROFIT CORPORATION; AND THE RENAISSANCE AT NORTH BRUNSWICK MASTER ASSOCIATION, A NEW JERSEY NOT–FOR–PROFIT CORPORATION, DEFENDANTS, AND CONSTRUCTION OFFICIAL OF THE TOWNSHIP OF NORTH BRUNSWICK, DEFENDANT–CROSS–RESPONDENT.

Argued May 2, 2005—Decided December 1, 2005.

*Karin Duchin Haber* argued the cause for appellants and cross-respondents (*Haber & Silver,* attorneys; *Sherry L. Silver,* of counsel; *Ms. Silver and Carol E. Matula,* on the briefs).

*David J. Popiel* argued the cause for respondent and cross-appellant (*Harold B. Garwin,* President, Community Health Law Project, attorney).

*John F. Gillick* argued the cause for cross-respondent (*Lynch Martin,* attorneys).

*Patricia E. Stern,* Deputy Attorney General, submitted a letter in lieu of brief on behalf of the Department of Community Affairs (*Peter C. Harvey,* Attorney General of New Jersey, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in written per curiam opinion of the Appellate Division, reported at 371 *N.J.Super.* 409, 853 *A.*2d 334 (2004).

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE, and RIVERA–SOTO—7.

*Opposed*—None.